

# NUMBER 13-09-00568-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| MARIO ALONZO SANCHEZ, MARIO A. SANCHEZ, D.O., P.A., AND THE NEIGHBORHOOD DOCTOR, | Appellants, |
| v. | |
| RYAN GRAYSON, | Appellee. |

On appeal from the 404th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Benavides
### Memorandum Opinion Per Curiam

The parties to this appeal have filed a joint motion asking the Court to dismiss this appeal. According to the motion, the parties have reached an agreement to settle and compromise their differences. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Pursuant to agreement, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at joint request, no motion for rehearing will be entertained, and our mandate will issue forthwith

PER CURIAM

Delivered and filed this the
29th day of July, 2010.